**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Darcy L. Ibach, Esq. (to be admitted *pro hac vice*)
550 West Adams Street – Suite 300
Chicago, Illinois 60661
(312) 345-1718 telephone
(312) 345-1778 facsimile
darcy.ibach@lewisbrisbois.com

-and-

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Brian Deeney, Esq. (Attorney ID: 021022011)
One Riverfront Plaza, Suite 800
Newark, NJ 07102
Brian.Deeney@lewisbrisbois.com
973.792.8726

*Attorneys for the Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COURT OF NEW JERSEY**
**NEWARK DIVISION**

| | |
|---|---|
| DREW J. BAUMAN and <br> LAW OFFICE OF DREW J. BAUMAN <br><br> Plaintiffs <br><br> v. <br><br> THE HANOVER INSURANCE GROUP, <br> THE HANOVER INSURANCE COMPANY <br> AND USI INSURANCE SERVICES, LLC <br><br> Defendants | Case No.: 2:22-cv-4551 <br> Judge Claire C. Cecchi <br> Magistrate Judge James B. Clark |

**DEFENDANTS THE HANOVER INSURANCE COMPANY and**
**THE HANOVER INSURANCE GROUP INC.'S**
**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 7.1, on August 15, 2022 or at such

other date as may be agreed upon or ordered, at the United States District Court for the District of

New Jersey, located at Martin Luther King Building & U.S. Courthouse, 50 Walnut Street,

4872-7945-6554.1

Newark, NJ 07102, Defendants The Hanover Insurance Company and The Hanover Insurance Group Inc., by and through their attorneys, Lewis Brisbois Bisgaard & Smith, LLP and Brian C. Deeney, Esq., will and hereby does move this Court for an Order dismissing Plaintiffs' Complaint.

**PLEASE TAKE FURTHER NOTICE** that this Motion is made pursuant to Rule 12(b)(6) of the Federal Rules of Civile Procedure, and is based on this notice of Motion, attorney certification with exhibits, accompanying Brief in Support, all pleadings and papers filed herein, or argument, if any, and any other matter that may be submitted at any hearing of the Motion.

**PLEASE TAKE FURTHER NOTICE** that Defendants The Hanover Insurance Company and The Hanover Insurance Group Inc. hereby requests oral argument on the Motion pursuant to Local Rule 78.1(b); and

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is also submitted herewith.

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
By: /s/ Brian C. Deeney
Brian C. Deeney
NJ ID 021022011
1037 Raymond Blvd.
Suite 800
Newark, New Jersey 07102
(973) 792-8726 (telephone)
(973) 577-6261 (facsimile)
Brian.Deeney@lewisbrisbois.com

Darcy L. Ibach, Esq. (to be admitted *pro hac vice*)
550 West Adams Street – Suite 300
Chicago, Illinois 60661
(312) 345-1718 telephone
(312) 345-1778 facsimile
darcy.ibach@lewisbrisbois.com

Date: 7/20/22

4872-7945-6554.1