## UNITED STATES DISTRICT COURT
## DISTRICT OF COURT OF NEW JERSEY
### NEWARK DIVISION

| | |
|---|---|
| DREW J. BAUMAN and ) <br> LAW OFFICE OF DREW J. BAUMAN ) <br>  ) <br> Plaintiffs ) <br>  ) <br>  ) <br> v. ) <br>  ) <br> THE HANOVER INSURANCE GROUP, ) <br> THE HANOVER INSURANCE COMPANY) <br> AND USI INSURANCE SERVICES, LLC  ) <br>  <br> Defendants | Case No.: 2:22-cv-4551 <br> Judge Claire C. Cecchi <br> Magistrate Judge James B. Clark <br>  <br>  <br> PROPOSED ORDER |

**THIS MATTER** having been opened to the Court upon the motion of Defendants The Hanover Insurance Company and The Hanover Insurance Group Inc., to dismiss with prejudice Counts 1 and 2 of the Complaint of Plaintiffs Drew J. Bauman and Law Office of Drew J. Bauman pursuant to Fed. R. Civ. P. 12(b)(6); and the Court having considered the papers submitted in support of this motion and in opposition thereto, if any; and for good cause having been shown,

**IT IS** on this _____ day of _____, 20____,

**ORDERED** that The Hanover Insurance Company and The Hanover Insurance Group Inc., motion of to dismiss Counts 1 and 2 of Plaintiffs' Complaint pursuant to Fed. R. Civ. P.12(b)(6) for failure to state a claim upon which relief can be granted, be and the same is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that all claims asserted by Plaintiffs against The Hanover Insurance Company and The Hanover Insurance Group Inc., are hereby dismissed with prejudice.

4863-7807-6458.1

                                                                          _____

                                                                          Hon. Claire C. Cecchi, U.S.D.J.