**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Darcy L. Ibach, Esq. (to be admitted *pro hac vice*)
550 West Adams Street – Suite 300
Chicago, Illinois 60661
(312) 345-1718 telephone
(312) 345-1778 facsimile
darcy.ibach@lewisbrisbois.com

-and-

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
Brian Deeney, Esq.
One Riverfront Plaza, Suite 800
Newark, NJ 07102
Brian.Deeney@lewisbrisbois.com
973.792.8726

*Attorneys for the Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF COURT OF NEW JERSEY**
**NEWARK DIVISION**

| | |
|---|---|
| DREW J. BAUMAN and<br>LAW OFFICE OF DREW J. BAUMAN<br><br>   Plaintiffs<br><br>   v.<br><br>THE HANOVER INSURANCE GROUP,<br>THE HANOVER INSURANCE COMPANY<br>AND USI INSURANCE SERVICES, LLC<br><br>   Defendants | Case No.: 2:22-cv-4551<br>Judge Claire C. Cecchi<br>Magistrate Judge James B. Clark |

**CERTIFICATION OF BRIAN C. DEENEY, ESQ. IN SUPPORT OF DEFENDANTS THE HANOVER INSURANCE COMPANY and THE HANOVER INSURANCE GROUP INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT**

**BRIAN C. DEENEY, ESQ.,** of full age, and under penalty of perjury, declares as follows:

1. I am an attorney at law of the state of New Jersey and a partner in the law firm of

Lewis Brisbois, Bisgaard & Smith, LLP, counsel to Defendants The Hanover Insurance Company

and the Hanover Insurance Group Inc. (collectively, "Hanover").  I submit this Certification in Support of Hanover's Motion to Dismiss Plaintiffs' Complaint.

2. Attached as **Exhibit A** is a certified copy Plaintiffs' professional liability insurance policy LHY D729578-00 from Hanover Insurance Company for a policy period from 10/17/2018 to 10/17/2019.

3. Attached as **Exhibit B** is a true and correct copy of the Complaint in the action *James Woerner v. Drew J. Bauman, et al*, docket No. MON -L-3086-19.

4. Attached as **Exhibit C** is a true and correct copy of Hanover Insurance Company's correspondence dated September 18, 2019.

5. Attached as **Exhibit D** is a true and correct copy of the unpublished opinion *ABL Title Ins. Agency, LLC v. Maxum Indem. Co.*, 2022 U.S. Dist. LEXIS 61391 (D.N.J. Mar. 31, 2022).

6. Attached as **Exhibit E** is a true and correct copy of the unpublished opinion *Authentic Title Servs. v. Greenwich Ins. Co.*, 2020 U.S. Dist. LEXIS 215018 (D.N.J. Nov. 17, 2020).

7. Attached as **Exhibit F** is a true and correct copy of the unpublished opinion *Fox v. State Farm Fire & Cas. Co.*, 2021 U.S. Dist. LEXIS 184787 (D.N.J. Sept. 24, 2021).

8. Attached as **Exhibit G** is a true and correct copy of the unpublished opinion *Garmany of Red Bank, Inc. v. Harleysville Ins. Co.*, 2021 U.S. Dist. LEXIS 50985 (D.N.J. Mar. 18, 2021).

9. Attached as **Exhibit H** is a true and correct copy of the unpublished opinion *Helms v. Hanover Ins. Grp. Inc.*, 2021 U.S. Dist. LEXIS 158183 (D.Az Aug. 20, 2021).

10. Attached as **Exhibit I** is a true and correct copy of the unpublished opinion *YAPAK, LLC v. Mass. Bay Ins. Co.*, 2009 U.S. Dist. LEXIS 96361 (D.N.J. Oct. 16, 2009).

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
By: /s/ Brian C. Deeney
Brian C. Deeney
NJ ID 021022011
1037 Raymond Blvd.
Suite 800
Newark, New Jersey 07102
(973) 792-8726 (telephone)
(973) 577-6261 (facsimile)
Brian.Deeney@lewisbrisbois.com

Date: 7/20/22

4885-6252-1642.1