## CERTIFICATION OF SERVICE

I hereby certify that, on this date, I caused a true and correct copy of the foregoing Motion to Dismiss to be served electronically via the Court's CM/ECF system upon all counsel of record. I certify that the foregoing statements are true. I am aware that, if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: July 20, 2022                                              */s/ Brian C. Deeney*
                                                                                                         Brian C. Deeney